**BRYAN CAVE LLP**
Gregory D. Trimarche, California Bar No. 143686
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
gregory.trimarche@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz (California SBN 240359)
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
stephanie.blazewicz@bryancave.com

Attorneys for Defendant and Cross-Complainant
BAY AREA CABLEVISION, INC.

FILED
E-FILING 2008 APR 17 P 1:46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BERNARD LOVE,

    Plaintiff,

vs.

BAY AREA CABLEVISION, INC., a California corporation; Does 1 through 50, inclusive,

    Defendants.

Case No. C08 02012 HRL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT BAY AREA CABLEVISION, INC.**

(Santa Clara County Superior Court Case No. 108CV103157)

SF01DOCS112.1

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Bernard Love | Plaintiff |
| Bay Area Cablevision, Inc. | Defendant |
| Sprint Nextel Corporation | Owns 100% of Defendant Bay Area Cablevison, Inc. |

Dated:  April 16, 2008

BRYAN CAVE LLP
Gregory D. Trimarche
Stephanie A. Blazewicz

By: _____
     Stephanie A. Blazewicz
Attorneys for Defendant
BAY AREA CABLEVISION, INC.

SF01DOCS112.1

2

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS