**BRYAN CAVE LLP**
Gregory D. Trimarche (California SBN 143686)
Aaron M. McKown (California SBN 208781)
1900 Main Street, Suite 700
Irvine, California 92614
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
gregory.trimarche@bryancave.com
aaron.mckown@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz (California SBN 240759)
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Stephanie.blazewicz@bryancave.com

Attorneys for Defendant and
Cross-Complainant
BAY AREA CABLEVISION, INC.

FILED
E-FILING  2008 APR 17 P 1: 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD LOVE, | Case No.: C08 02012 HRL |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| BAY AREA CABLEVISION, INC., a California Corporation; Does 1 through 50, inclusive, | Date Action Filed: January 14, 2008<br>Trial Date: None |
| Defendants. | |

SF01DOCS\146.1                    1                    CERTIFICATE OF SERVICE

I, Brenda L. Renner, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: rennerb@bryancave.com.

On April 17, 2008, I caused to be served on the interested parties in said action the within:

1. **Civil Cover Sheet;**
2. **Notice of Removal of Action to United States District Court Under 28 U.S.C. §§ 1331; 1441(b) (Federal Question);**
3. **Certificate of Interested Entities or Persons of Defendant Bay Area Cablevision, Inc.;**
4. **Notice of Adverse Parties of Removal of State Action ;**
5. **Certificate of Service; and**
6. **Notice to State Court of Removal to Federal Court (Santa Clara County Superior Court Case No.: 108CV103157).**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

*See Attached Service List for Service Details*

[ ] **BY PERSONAL DELIVERY** - I caused document(s) to be hand delivered via Western Messenger to party by close of business day today.

[ ] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

**[ X ] BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

**[ ] BY E-MAIL** – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at San Francisco, California.

Brenda L. Renner
(Type or print name)

(Signature)

SF01DOCS\146.1                     3                CERTIFICATE OF SERVICE

*Bernard Love v. Bay Area Cablevision, Inc.*
USDC Case No. _____
Our Client: Bay Area Cablevision, Inc.

## SERVICE LIST

| | |
|---|---|
| Anthony E. Bell<br>Law Offices of Anthony E. Bell, Inc.<br>333 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1504<br>Tel: (213) 892-6340<br>Fax: (213) 892-2240 | Attorneys for Plaintiff |
| James F. Scherer *(pro hac vice application to be filed)*<br>Solomon, Pearl, Blum, Haymann & Stich, LLP<br>1801 Broadway, Suite 500<br>Denver, CO 80202<br>Tel: (303) 832-6686<br>Fax: (303) 832-6653 | Attorneys for Plaintiff |

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

SF01DOCS\146.1

4

CERTIFICATE OF SERVICE