**LAW OFFICES OF ANTHONY E. BELL, INC.**
Anthony E. Bell (SBN 135811)
333 South Grand Ave., 25th Floor
Los Angeles, California 90071-1504
Telephone: (213) 892-6340
Facsimile: (213) 892-2240
Attorneys for Plaintiff
BERNARD LOVE

**BRYAN CAVE LLP**
Gregory D. Trimarche (SBN 143686)
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
gregory.trimarche@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz (SBN 240359)
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
stephanie.blazewicz@bryancave.com

Attorneys for Defendant and Cross-Complainant
BAY AREA CABLEVISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD LOVE,<br><br>Plaintiff,<br><br>vs.<br><br>BAY AREA CABLEVISION, INC., a California corporation; Does 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-02012 HRL<br><br>STIPULATION TO EXTEND THE TIME FOR BAY AREA CABLEVISION, INC. TO FILE A RESPONSIVE PLEADING TO BERNARD LOVE'S COMPLAINT |

SF01DOCS157.1

## STIPULATION

This Stipulation is entered into by Plaintiff BERNARD LOVE ("Plaintiff") and Defendant BAY AREA CABLEVISION, INC. ("BAC") (collectively "the Parties").

Plaintiff filed his Complaint in this action on ~~March 12~~ Jan. 14, 2008. BAC was served with the Complaint on March 18, 2008. BAC removed this action to federal court on April 17, 2008. Pursuant to Rule 81(c)(2)(C), BAC's response to the Complaint was originally due on April 24, 2008. Plaintiff granted BAC an initial extension of 14 days, until May 8, 2008, to respond to the Complaint.

Accordingly, the Parties desire, and hereby **STIPULATE**, that BAC shall have until May 8, 2008 to respond to Plaintiff's Complaint in this matter. Plaintiff reserves his right to file a motion to remand within thirty (30) days of the filing of the Notice of Removal. */ Plaintiff's Jury Demand is filed concurrently.

**IT IS SO STIPULATED.**

Dated: April 23, 2008

LAW OFFICES OF ANTHONY E. BELL

By: _____
Anthony E. Bell
Attorneys for Plaintiff
BERNARD LOVE

Dated: April 23, 2008

BRYAN CAVE LLP
Gregory D. Trimarche
Stephanie A. Blazewicz

By: _____
Stephanie A. Blazewicz
Attorneys for Defendant
BAY AREA CABLEVISION, INC.

SF01DOCS157.1

2

STIPULATION TO EXTEND TIME
FOR RESPONSE PLEADING
CASE NO. C08-02012 HRL

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328