Anthony E. Bell (SB# 135811)
Law Offices of Anthony E. Bell, Inc.
333 South Grand Ave., 25th Floor
Los Angeles, California 90071-1504
(213) 892-6340
(213) 892-2240 (FAX)

James F. Scherer *(pro hac vice application to be filed)*
Solomon Pearl Blum Heymann & Stich, LLP
1801 Broadway, Suite 500
Denver, CO 80202
(303) 832-6686
(303) 832-6653 (FAX)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LOVE, <br><br> Plaintiff, <br><br> vs. <br><br> BAY AREA CABLEVISION, INC., a California corporation; Does 1 through 50, inclusive, <br><br> Defendants. | Case No. C08-02012-HRL <br><br> JURY DEMAND |

Plaintiff demands a trial by jury.

DATED: April 23, 2008

                          Law Offices of Anthony E. Bell, Inc.
                          Solomon Pearl Blum Heymann & Stich, LLP


                          By: */s/ Anthony E. Bell*
                              Anthony E. Bell
                              Attorneys for Plaintiff