**United States District Court**
For the Northern District of California

**\*E-FILED 4/30/2008\***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LOVE,<br><br>       Plaintiff,<br><br>   v.<br><br>BAY AREA CABLEVISION, INC.,<br><br>       Defendant.<br>_____/ | No. C08-02012 HRL<br><br>**CLERK'S NOTICE SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

   PLEASE TAKE NOTICE THAT this case has been assigned to a Magistrate Judge. **No later than May 6, 2008**, each party shall file either a (1) Consent to Proceed Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. CIV. L.R. 73-1(a). Copies of the forms are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.

Dated: April 30, 2008

                              /s/
                              Chambers of Magistrate Judge Howard R. Lloyd

1  **5:08-cv-2012 Notice has been electronically mailed to:**

2  Anthony Edward Bell  tbell@uclalumni.net

3  Stephanie Ann Blazewicz  stephanie.blazewicz@bryancave.com

4  Gregory D. Trimarche  gregory.trimarche@bryancave.com, shari.riggs@bryancave.com

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.