Anthony E. Bell (SBN 135811)
Anthony E. Bell Law Offices, Inc.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(213) 892-6340

James F. Scherer, *pro hac vice pending*
Lichtenfels, Pansing & Miller, P.C.
885 South Colorado Boulevard
Denver, Colorado 80246
(303) 722-6500
(303) 722-9270 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD LOVE, | Case No.: C0802012HRL |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM AFFILIATION |
| vs. | |
| BAY AREA CABLEVISION, INC., a California corporation, | Action Date: January 14, 2008<br>Hearing Date: June 3, 2008<br>Trial Date: Not Set<br>Courtroom: 2 |
| Defendant. | |

     PLEASE TAKE NOTICE that James F. Scherer, co-counsel for the plaintiff, Bernard Love, has changed his office address and firm affiliation. The counsel's current address and firm affiliation are as follows:

                LICHTENFELS, PANSING & MILLER, P.C.
                885 South Colorado Boulevard
                Denver, Colorado 80246
                (303) 722-6500
                (303) 722-9270 (fax)

DATED: April 30, 2008.

                    LICHTENFELS, PANSING & MILLER, P.C.

                    By: _____
                        James F. Scherer
                        885 South Colorado Boulevard
                        Denver, Colorado 80246
                        (303) 722-6500

                    ATTORNEY FOR PLAINTIFF

PROOF OF SERVICES

I, Kathleen Travis, in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is: 885 South Colorado Boulevard, Denver, Colorado 80246, and my email address is: kat@lpmlaw.com.

On April 30, 2008, I caused to be served on the interested parties in said action within:

NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM AFFILIATION.

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelopes(s) to be deposited in the U.S. Mail at Denver, Colorado:

| | |
|---|---|
| Gregory D. Trimarche | Stephanie A. Blazewicz |
| Bryan Cave, LLP | Bryan Cave, LLP |
| 1900 Main Street; Suite #700 | 2 Embarcadero Center; #1410 |
| Irvine, California 92614-7328 | San Francisco, California 94111 |
| Telephone: 949.223.7000 | Telephone: 415.675.3400 |
| Facsimile: 949.223.7100 | Facsimile: 415.675.3434 |
| Gregory.Trimarche@BryanCave.com | Stephanie.Blazewicz@BryanCave.com |

[ ]    **BY PERSONAL DELIVERY** – I caused document(s) to be hand delivered via Western Messenger to party by close of business day today.

[X]    **BY MAIL** – I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Denver, Colorado in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY FACSIMILE** – I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I

1  received electronic confirmation from the facsimile machine that document was successfully transmitted
2  without error.
3       [ ]    **BY OVERNIGHT DELIVERY** – Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees
4  paid or provided for.
5
6       [ ]    **BY E-MAIL** – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email
7  address shown above.  Each transmission was reported as complete and without error.
8       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
9
10      Executed on April ____, 2008, at Denver County, Colorado.
11
12  _____        _____
    (type or print name)                              (signature)
13
14
15
16
17
18
19
20
21
22
23
24
25