

**LAW OFFICES OF ANTHONY E. BELL, INC.**
Anthony E. Bell (SBN 135811)
333 South Grand Ave., 25th Floor
Los Angeles, California 90071-1504
Telephone:    (213) 892-6340
Facsimile:    (213) 892-2240
Attorneys for Plaintiff
BERNARD LOVE

**BRYAN CAVE LLP**
Gregory D. Trimarche (SBN 143686)
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
gregory.trimarche@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz (SBN 240359)
2 Embarcadero Center, Suite 1410
San Francisco, California  94111
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
stephanie.blazewicz@bryancave.com

Attorneys for Defendant and Cross-Complainant
BAY AREA CABLEVISION, INC.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD LOVE, | Case No. C08-02012 HRL |
| Plaintiff, | |
| vs. | **STIPULATION TO FURTHER EXTEND THE TIME FOR BAY AREA CABLEVISION, INC. TO FILE A RESPONSIVE PLEADING TO BERNARD LOVE'S COMPLAINT** |
| BAY AREA CABLEVISION, INC., a California corporation; Does 1 through 50, inclusive, | |
| Defendants. | |

SF01DOCS157.1

## **STIPULATION**

This Stipulation is entered into by Plaintiff BERNARD LOVE ("Plaintiff") and Defendant BAY AREA CABLEVISION, INC. ("BAC") (collectively "the Parties").

WHEREAS, Plaintiff filed his Complaint in this action on January 14, 2008.

WHEREAS, BAC was served with the Complaint on March 18, 2008.

WHEREAS, BAC removed this action to federal court on April 17, 2008.

WHEREAS, pursuant to Rule 81(c)(2)(C), BAC's response to the Complaint was originally due on April 24, 2008.

WHEREAS, Plaintiff granted BAC an initial extension of 14 days, until May 8, 2008, to respond to the Complaint.

WHEREAS, Plaintiff filed a Motion for Remand on April 29, 2008.

WHEREAS, Plaintiff granted BAC an additional extension of 20 days after the hearing on the Motion for Remand, until June 23, 2008, to respond to the Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

SF01DOCS194.1

STIPULATION TO EXTEND TIME
FOR RESPONSE PLEADING
CASE NO. C08-02012 HRL

NOW, THEREFORE, the undersigned Parties, through their respective counsel of record, hereby agree and stipulate that BAC shall have until June 23, 2008 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated: May 2, 2008



**LAW OFFICES OF ANTHONY E. BELL**

By: _____
Anthony E. Bell
Attorneys for Plaintiff
BERNARD LOVE

Dated: May 2, 2008

BRYAN CAVE LLP
Gregory D. Trimarche
Stephanie A. Blazewicz

By: _____
Stephanie A. Blazewicz
Attorneys for Defendant
BAY AREA CABLEVISION, INC.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

SP01DOCS194.1

3