

Clerk's Use Only

Initial for fee pd.:

James F. Scherer
Lichtenfels, Pansing & Miller, P.C.
885 South Colorado Boulevard
Denver, Colorado 80246-8006
303.722.6500

**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

BARNARD LOVE,

Plaintiff(s),

v.

BAY AREA CABLEVISION, INC., a California corporation

Defendant(s).

CASE NO. 5: 08-CV-02012-HRL

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James F. Scherer, an active member in good standing of the bar of The State of Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing The plaintiff, Barnard Love in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Anthony E. Bell, Esq., 333 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1504; (213) 892-6340

I declare under penalty of perjury that the foregoing is true and correct.

Dated: MAY 1, 2008

James F. Scherer