**BRYAN CAVE LLP**
Gregory D. Trimarche (SBN 143686)
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100
gregory.trimarche@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz (SBN 240359)
2 Embarcadero Center, Suite 1410
San Francisco, California  94111
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
stephanie.blazewicz@bryancave.com

Attorneys for Defendant and Cross-Complainant
BAY AREA CABLEVISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD LOVE,<br><br>            Plaintiff,<br><br>vs.<br><br>BAY AREA CABLEVISION, INC., a California corporation; Does 1 through 50, inclusive,<br><br>            Defendants. | Case No. C08-02012 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

SF01DOCS201.1

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 5, 2008

BRYAN CAVE LLP
Gregory D. Trimarche
Stephanie A. Blazewicz

By: _____
  Stephanie A. Blazewicz
Attorneys for Defendant
BAY AREA CABLEVISION, INC.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

SF01DOCS201.1

2

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE
CASE NO. C08-02012 HRL