*ORDER E-FILED 5/5/2008*

RECEIVED
2008 MAY -5 AM 9:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

BARNARD LOVE,

                Plaintiff(s),

v.

BAY AREA CABLEVISION, INC., a California corporation

                Defendant(s).

CASE NO. 5: 08-CV-02012-HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

James F. Scherer, an active member in good standing of the bar of the State of Colorado whose business address and telephone number (particular court to which applicant is admitted) is

885 South Colorado Boulevard, Denver, Colorado 80246-8006; Telephone 303.722.6500.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff, Barnard Love.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 5, 2008

_____
United States Magistrate Judge
Howard R. Lloyd