**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| Bernard Love, | No. C08-02012 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Bay Area Cablevision, Inc., a California corporation, | |
| Defendant. | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 5, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd  has been continued to **August 25, 2008  at 10:00 a.m..**, before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on August 18, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated:  May 6, 2008

RICHARD W. WIEKING, Clerk
United States District Court

/s/*Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk for
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Anthony Edward Bell    tbell@uclalumni.net

Stephanie Ann Blazewicz    stephanie.blazewicz@bryancave.com

Gregory D. Trimarche    gregory.trimarche@bryancave.com, shari.riggs@bryancave.com

**United States District Court**
For the Northern District of California