**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

## May 6, 2008

**CASE NUMBER:** CV 08-02012 HRL
**CASE TITLE:** BERNARD LOVE-v-BAY AREA CABLEVISION, INC., ET AL.

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 05/05/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                        Entered in Computer 05/06/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                Transferor CSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BERNARD LOVE,

        Plaintiff,

  v.

BAY AREA CABLEVISION, INC., ET AL. et al,

        Defendant.
                                             /

Case Number: CV08-02012 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James F Scherer
Lichtenfels Pansing & Miller, P.C.
885 South Colorado Boulevard
Denver, CO 80246

Dated: May 6, 2008

                                          Richard W. Wieking, Clerk
                                          By: Tiffany Salinas-Harwell, Deputy Clerk