

**LAW OFFICES OF ANTHONY E. BELL, INC.**
1  Anthony E. Bell (SBN 135811)
333 South Grand Ave., 25th Floor
2  Los Angeles, California 90071-1504
Telephone:    (213) 892-6340
3  Facsimile:    (213) 892-2240
Attorneys for Plaintiff
4  BERNARD LOVE

5  **BRYAN CAVE LLP**
Gregory D. Trimarche (SBN 143686)
6  1900 Main Street, Suite 700
Irvine, California 92614-7328
7  Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
8  gregory.trimarche@bryancave.com

9  **BRYAN CAVE LLP**
Stephanie A. Blazewicz (SBN 240359)
10 2 Embarcadero Center, Suite 1410
San Francisco, California  94111
11 Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
12 stephanie.blazewicz@bryancave.com

13 Attorneys for Defendant and Cross-Complainant
BAY AREA CABLEVISION, INC.

14

15

16                    UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                         SAN JOSE DIVISION

19

20
   BERNARD LOVE,                          Case No. C08-02012 JW
21
            Plaintiff,
22                                        **STIPULATION TO FURTHER**
        vs.                               **EXTEND THE TIME FOR BAY AREA**
23                                        **CABLEVISION, INC. TO FILE A**
   BAY AREA CABLEVISION, INC., a          **RESPONSIVE PLEADING TO**
24 California corporation; Does 1 through 50,   **BERNARD LOVE'S COMPLAINT**
   inclusive,
25
            Defendants.
26

27

28

SF01DOCS157.1

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

## **STIPULATION**

This Stipulation is entered into by Plaintiff BERNARD LOVE ("Plaintiff") and Defendant BAY AREA CABLEVISION, INC. ("BAC") (collectively "the Parties").

WHEREAS, Plaintiff filed his Complaint in this action on January 14, 2008.

WHEREAS, BAC was served with the Complaint on March 18, 2008.

WHEREAS, BAC removed this action to federal court on April 17, 2008.

WHEREAS, pursuant to Rule 81(c)(2)(C), BAC's response to the Complaint was originally due on April 24, 2008.

WHEREAS, Plaintiff granted BAC an initial extension of 14 days, until May 8, 2008, to respond to the Complaint.

WHEREAS, Plaintiff filed a Motion for Remand on April 29, 2008.

WHEREAS, Plaintiff granted BAC an additional extension of 20 days after the hearing on the Motion for Remand, until June 23, 2008, to respond to the Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

SF01DOCS194.1

STIPULATION TO EXTEND TIME
FOR RESPONSE PLEADING
CASE NO. C08-02012 HRL

1    NOW, THEREFORE, the undersigned Parties, through their respective counsel

2  of record, hereby agree and stipulate that BAC shall have until June 23, 2008 to

3  respond to Plaintiff's Complaint in this matter.

4

5  **IT IS SO STIPULATED.**

6

7  Dated:  May 2, 2008                **LAW OFFICES OF ANTHONY E. BELL**

8                                     By: _____

9                                     Anthony E. Bell
                                       Attorneys for Plaintiff
10                                     BERNARD LOVE

11

12  Dated:  May 2, 2008               BRYAN CAVE LLP
                                       Gregory D. Trimarche
13                                     Stephanie A. Blazewicz

14                                     By: _____

15                                     Stephanie A. Blazewicz
                                       Attorneys for Defendant
16                                     BAY AREA CABLEVISION, INC.

17  <u>IT IS SO ORDERED:</u>

18  The Court extends the time for Defendant to respond to Complaint on or before June 23, 2008.  Due to

19  previous case reassignment any prior noticed motions before Judge Lloyd should be renoticed to be heard
    before Judge James Ware subject to calendaring availability.

20  Dated: May 6, 2008

21                                     United States District Court

22

23

24

25

26

27

28  SF01DOCS194.1                       3

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328