Anthony E. Bell (SB# 135811)
Law Offices of Anthony E. Bell, Inc.
333 South Grand Ave., 25th Floor
Los Angeles, California   90071-1504
(213) 892-6340
(213) 892-2240 (FAX)

James F. Scherer (pro hac vice)
Solomon Pearl Blum Heymann & Stich, LLP
1801 Broadway, Suite 500
Denver, CO 80202
(303) 832-6686
(303) 832-6653 (FAX)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BERNARD LOVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAY AREA CABLEVISION,<br>INC.,  a California corporation;<br>Does 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  C08-02012-JW<br><br>AMENDED NOTICE OF HEARING<br>DATE ON MOTION TO REMAND<br><br>New Hearing Date: Sept. 8, 2008<br>Time:　　　　　9:00 a.m.<br>Ctrm:　　　　　8 |

//

//

//

//

//

//

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Plaintiff's Motion to Remand, previously noticed for hearing on 6/23/08 before Magistrate Judge Harold R. Lloyd, has been reset for hearing on 9/8/08 at 9:00 a.m. in Courtroom 8,  before District Judge James Ware.

DATED:  May 12, 2008

Law Offices of Anthony E. Bell, Inc.
Solomon Pearl Blum Heymann & Stich, LLP


By:_ */s/ Anthony E. Bell*_____
    Anthony E. Bell
    Attorneys for Plaintiff

JURY DEMAND                                                    -2-