```
 1  BRYAN CAVE LLP
    Gregory D. Trimarche, California Bar No. 143686
 2  1900 Main Street, Suite 700
    Irvine, California 92614-7328
 3  Telephone:    (949) 223-7000
    Facsimile:    (949) 223-7100
 4  gregory.trimarche@bryancave.com

 5  BRYAN CAVE LLP
 6  Stephanie A. Blazewicz, California Bar No. 240359
    2 Embarcadero Center, Suite 1410
 7  San Francisco, CA 94111
    Telephone: (415) 675-3400
 8  Facsimile: (415) 675-3434
    stephanie.blazewicz@bryancave.com
 9
    Attorneys for Defendant
10  BAY AREA CABLEVISION, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD LOVE,<br><br>            Plaintiff,<br><br>vs.<br><br>BAY AREA CABLEVISION, INC., a California Corporation; DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. C08 02012 JW<br><br>**[PROPOSED] ORDER GRANTING 12(B)(6) MOTION TO DISMISS OF DEFENDANT BAY AREA CABLEVISION, INC.**<br><br>Date:         September 22, 2008<br>Time:        9:00 a.m.<br>Courtroom: 8 |

1  **[PROPOSED] ORDER**

2  The Motion to Dismiss filed by Defendant Bay Area Cablevision, Inc. ("BAC") pursuant
3  to Rule 12(b)(6) of the Federal Rules of Civil Procedure came before this Court on September 22,
4  2008, in Courtroom 8, the Honorable James Ware presiding.

5  Having reviewed the Motion to Dismiss, the memoranda of points and authorities in
6  support of and in opposition to the Motion to Dismiss, the arguments asserted by counsel, and the
7  pleadings and records lodged and on file:

8  IT IS HEREBY ORDERED THAT Plaintiff Bernard Love's Complaint is dismissed in its
9  entirety, with prejudice.

10

11  Dated: _____           _____
12                                     Honorable James Ware
                                       United States District Court Judge
13

14  PREPARED AND SUBMITTED BY:

15  Dated: June 23, 2008               BRYAN CAVE LLP
                                       Gregory D. Trimarche
16                                     Stephanie A. Blazewicz

17                                     By: _____
18                                          Stephanie A. Blazewicz
                                            Attorneys for Defendant
19                                          BAY AREA CABLEVISION, INC.

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614-7328

SF01DOCS380.1                                    2

[PROPOSED] ORDER GRANTING MOTION TO DISMISS