**BRYAN CAVE LLP**
Gregory D. Trimarche, California Bar No. 143686
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100
gregory.trimarche@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
stephanie.blazewicz@bryancave.com

Attorneys for Defendant
BAY AREA CABLEVISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD LOVE,<br><br>        Plaintiff,<br><br>vs.<br><br>BAY AREA CABLEVISION, INC., a California corporation; Does 1 through 50, inclusive,<br><br>        Defendants. | Case No.  C0802012 JW<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT BAY AREA CABLEVISION, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>(Santa Clara County Superior Court Case No. 108CV103157)<br><br>Date:  September 8, 2008<br>Time:  9:00 a.m.<br>Ctrm:  8 |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Bay Area Cablevision, Inc. ("BAC") hereby advises the Court that Plaintiff Bernard Love ("Love") has not filed or served an opposition to BAC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion").

BAC e-filed and served their Motion on June 23, 2008, and the hearing date was originally set for September 22, 2008. The Court later advanced the hearing date to September 8, 2008 (ECF # 24). Under the Northern District's Local Rules, "[a]ny opposition to a motion must be served and filed not less than 21 days before the hearing date." L.R. 7-3(a). And, pursuant to Local Rule 11-4(a), "[e]very member of the bar of this Court and any attorney permitted to practice in this Court under Civil L.R. 11 must … (2) Comply with the Local Rules of this Court…."

Here, Love was required to file his opposition or statement of non-opposition to BAC's Motion on August 18, 2008, which is 21 days prior to the September 8, 2008 hearing date. Love has not filed an opposition or statement of non-opposition, and the failure to file these papers may be treated as consent to granting a motion. *See, e.g., Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). Thus, this Court should grant BAC's Motion in its entirety.

Dated: August 25, 2008

BRYAN CAVE LLP
Gregory D. Trimarche
Stephanie A. Blazewicz

By:   /s/ Gregory D. Trimarche
       Gregory D. Trimarche
Attorneys for Defendant
BAY AREA CABLEVISION, INC.