Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
James D. Lawrence, Bryan Cave LLP, 1200 Main Street, Kansas City, MO 64501. 816-374-3378

FILED

UNITED STATES DISTRICT COURT

2008 AUG 28 A 11: 53

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

BERNARD LOVE,

CASE NO. C08 02012 HRL JW

Plaintiff(s),

v.

BAY AREA CABLEVISION, INC., et al.

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).
_____/

Pursuant to Civil L.R. 11-3, James D. Lawrence, an active member in good standing of the bar of Missouri, Kansas, W.D.MO., and D.Kan., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Bay Area Cablevision, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Stephanie Blazewicz, Bryan Cave LLP, 2 Embarcadero Center, Suite 1410, San Francisco, California 94111. 415-675-3400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/18/2008