RECEIVED
2008 AUG 28 AM 11:52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BERNARD LOVE, | CASE NO. C0802012 JW |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| BAY AREA CABLEVISION, INC., et al. | |
| Defendant(s). | |

James D. Lawrence                    , an active member in good standing of the bar of

Missouri, Kansas, WD.MO., and D.Kan,          whose business address and telephone number

(particular court to which applicant is admitted)

is

Bryan Cave LLP, 1200 Main Street, Kansas City, Missouri 64105.  816-374-3378.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bay Area Cablevision, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

James Ware
United States District    Judge