UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LOVE,<br><br>        Plaintiff(s),<br><br>v.<br><br>BAY AREA CABLEVISION, INC., ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 08-02012 JW<br><br>CLERK'S NOTICE ADVANCING MOTION HEARING; CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed for September 22, 2008 at 9:00 AM has been ADVANCED to **September 8, 2008 at 9:00 AM.** The Court also continues the case management conference previously set for August 25, 2008 at 10:00 AM to **September 8, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management statement by **August 28, 2008.**

Dated: June 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy