**BRYAN CAVE LLP**
Gregory D. Trimarche, California Bar No. 143686
1900 Main Street, Suite 700
Irvine, California 92614
Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100
gregory.trimarche@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile:  (415) 675-3434
Stephanie.blazewicz@bryancave.com

Attorneys for Defendant and Cross-Complainant
BAY AREA CABLEVISION, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD LOVE,<br><br>            Plaintiff,<br><br>    v.<br><br>BAY AREA CABLEVISION, INC., a California Corporation; Does 1 through 50, inclusive,<br><br>            Defendants. | Case No. C 08 02012 JW<br><br>**CERTIFICATE OF SERVICE**<br><br>(Santa Clara County Superior Court Case No. 108CV103157) |

I, Kedra Chan, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: kedra.chan@bryancave.com.

On August 28, 2008, I caused to be served on the interested parties in said action the within:

**JOINT CASE MANAGEMENT STATEMENT**
**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

*See Attached Service List for Service Details*

[ ] **BY PERSONAL DELIVERY** - I caused document(s) to be hand delivered via Western Messenger to party by close of business day today.

[ X ] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] **BY E-MAIL** – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 28, 2008, at San Francisco, California.

____Kedra Chan____   ____/s/ Kedra Chan____
(Type or print name)   (Signature)

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

**SERVICE LIST**
***Bernard Love v. Bay Area Cablevision, Inc.***
USDC, Northern District (San Jose Division) Case No. C 08 02012 JM
Our File No.: 0219172

| | |
|---|---|
| James F. Scherer<br>Lichtenfels Pansing & Miller PC<br>885 S. Colorado Blvd.<br>Denver, CO 80246<br>Tel: (303) 722-6500<br>Fax: (303) 722-9270 | Attorneys for Plaintiff |

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

SF01DOCS\145.1

3

CERTIFICATE OF SERVICE – CASE NO. C0802012 JW