UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BERNARD LOVE,

                  Plaintiff(s),

              v.

BAY AREA CABLEVISION, INC., et al.

                  Defendant(s).
_____/

CASE NO. C 08 02012 JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 8, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| James F. Scherer | Plaintiff Bernard Love | (303) 722-6500 | jfs@lpmlaw.com |
| James D. Lawrence | Defendant Bay Area Cablevision, Inc. | (816) 374-3378 | jdlawrence@bryancave.com |

(pro hac vice admission pending)

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5-28-08

                                                Attorney for Plaintiff

Dated: 8-28-08

                                                Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."